RECEIVED

MAR 2 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CATHIE PARK, ET AL. | MISC. CASE NO. 17-mc-37 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Cathie Park as Personal Representative and Derivative Claimant; and Christopher Herzog, Daniel Herzog, Anthony Herzog and Teresa Baneck as Derivative Claimants, of the Estate of Patricia Herzog, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE